U.S. MAGISTRATE JUDGE BRIAN A. TSUCHIDA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| NATHANIEL DOUGLAS MCIVOR,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-CV-01130-BAT<br><br>ORDER<br><br>Note on Motion Calendar: September 10, 2025 |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security for a hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's application for disability benefits. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a hearing, reevaluate the ALJ's step five finding to include obtaining vocational expert evidence as necessary, while resolving any inconsistencies between the vocational expert testimony, the DOT, and the RFC, and issue a new decision.

Page 1     PROPOSED ORDER TO REMAND
           [2:25-CV-01130-BAT]

Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 10th day of September, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA, WSBA# 26823
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD  21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
Franco.L.Becia@ssa.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Proposed Order was filed with the Clerk of the Court on September 10, 2025, using the CM/ECF system, which will send notification of such filing to the following: M. THA WIN.

s/ Franco L. Becia

Page 2   PROPOSED ORDER TO REMAND
[2:25-CV-01130-BAT]

Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114

1
2   FRANCO L. BECIA
    Special Assistant United States Attorney
3   Office of the General Counsel
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 3   PROPOSED ORDER TO REMAND                    Office of the General Counsel
         [2:25-CV-01130-BAT]                          6401 Security Boulevard
                                                      Baltimore, MD 21235
                                                      Telephone: (206) 615-2114